UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| JASON COMPTON, and all others similarly situated, | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) Case No. 1:19-cv-00033-MW-GRJ ) |
| GENERAL MOTORS LLC, | ) ) |
| Defendant. | ) |

## MOTION TO APPEAR *PRO HAC VICE*

NOW INTO COURT comes Andrew C. Ficzko ("Applicant"), seeking admission to practice before this Court in the captioned matter pursuant to Local Rule 11.1, and shows:

1. Andrew C. Ficzko is not admitted to practice in the Northern District of Florida and is a member in good standing of The State Bar of Illinois.

2. Andrew C. Ficzko is associated in this matter with F. Jerome Tapley of the law firm of CORY WATSON, P.C., 2131 Magnolia Avenue South, Birmingham, AL 35205, (205) 328-2200, who is a member in good standing of The Florida State Bar and the United States District Court for the Northern District of Florida.

3. In accordance with the local rules of this Court, Andrew C. Ficzko has made payment of this Court's $201.00 admission fee.

4. Applicant has completed the Attorney Admission Tutorial (Confirmation No. FLND15724704122798) and has completed the CM/ECF Tutorials.

5. A Certificate of Good Standing from the State Bar of Illinois, issued November 1, 2019, is attached to this Motion for Admission *Pro Hac Vice* (Exhibit A).

WHEREFORE, Andrew C. Ficzko, moves this Court to enter an Order allowing him to appear before this Court on behalf Plaintiff Jason Compton and all others similarly situated for all purposes relating to this matter.

Dated this 5th day of November, 2019.

                Respectfully submitted,

                */s/ Andrew C. Ficzko*
                Andrew C. Ficzko *(Pro Hac Vice Pending)*
                **STEPHAN ZOURAS, LLP**
                100 N. Riverside Plaza, Suite 2150
                Chicago, IL 60606
                Tel.:  (312) 233-1550
                Fax:  (312) 233-1560
                Email: aficzko@stephanzouras.com

                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2019, the foregoing document is being served via transmission of a Notice of Electronic Filing generated by CM/ECF on all counsel of record including:

Ginger Barry Boyd
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
Telephone: (850) 205-3356
Fax: (850) 521-1472
Ginger.boyd@nelsonmullins.com

Kathleen Taylor Sooy (PHV)
Jared A. Levine (PHV)
**Crowell & Moring LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 624-2500
Fax: (202) 628-5611
ksooy@crowell.com
jalevine@crowell.com

                                              */s/ Andrew C. Ficzko*
                                              Andrew C. Ficzko