IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON COMPTON, and all others
similarly situated,

    Plaintiff,

v.                                    Case No. 1:19-cv-33-AW-GRJ

GENERAL MOTORS, LLC,

    Defendant.
_____/

## ORDER ON MOTION TO COMPEL

The court held a telephonic hearing on the pending motion to dismiss (ECF No. 86) and plaintiff's motion to compel discovery and overrule improper objections (ECF No. 102). This order memorializes the court's ruling on the motion to compel. A separate order will address the motion to dismiss.

It is now ordered:

    1.    GM's general objections are deemed withdrawn.

    2.    GM must supplement its production by October 9.

    3.    GM must produce a privilege log (for the discovery already produced) by October 13 and must supplement is written responses to plaintiff's requests for production stating whether it is withholding any documents based on its objections.

    4.    The parties must meet and confer regarding the outstanding discovery issues and file a joint notice indicating what issues remain unresolved no later than

October 8, 2020. The parties may meet telephonically, by video conference, or in person. Written exchanges are insufficient.

    SO ORDERED on October 5, 2020.

                                        s/ *Allen Winsor*
                                        United States District Judge