# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| JASON COMPTON, and all others similarly situated, | ) ) ) |
| Plaintiff(s), | ) ) ) |
| v. | ) ) Case No. 1:19-cv-00033-MW-GRJ |
| GENERAL MOTORS LLC, | ) ) ) |
| Defendant. | ) |

## JOINT NOTICE REGARDING ORDER ON MOTION TO COMPEL

In response to this Court's Order on Plaintiff's Motion to Compel (Doc. 109), the parties met and conferred by telephone regarding outstanding discovery issues on October 7, 2020. Defendant has agreed to supplement its written discovery responses, and the parties will continue to meet and confer regarding those supplements.

No issues remain unresolved at this time. The Parties will promptly notify the Court if they are unable to resolve any issues that may arise following a review of Defendant's written supplemental responses.

Dated: October 8, 2020                           Respectfully submitted,

*/s/ F. Jerome Tapley*                           */s/ Andrew G. Pruitt*       *
F. Jerome Tapley                                 Andrew G. Pruitt (*pro hac vice*)
Florida Bar No. 0022066                          Kathleen T. Sooy (*pro hac vice*)

Hirlye R. "Ryan" Lutz, III (*pro hac vice*)
Adam W. Pittman (*pro hac vice*)
Lauren S. Miller (*pro hac vice*)
**CORY WATSON, P.C.**
2131 Magnolia Avenue South
Birmingham, Alabama 35205
Tel.: (205) 328-2200
Fax: (205) 324-7896
*jtapley@corywatson.com*
*rlutz@corywatson.com*
*apittman@corywatson.com*
*lmiller@corywatson.com*

*Attorneys for Plaintiff*

Tracy A. Roman (*pro hac vice*)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel.: (202) 624-2500
Fax: (202) 628-5611
*ksooy@crowell.com*
*apruitt@crowell.com*
*troman@crowell.com*

Ginger Barry Boyd, Esq.
Florida Bar Number 0294550
**NELSON MULLINS BROAD AND CASSEL**
215 South Monroe Street
Suite 400
Tallahassee, Florida 32301
Tel.: (850) 205-3356
Fax: (850) 521-1472
*ginger.boyd@nelsonmullins.com*

*Counsel for General Motors LLC*
**\*with permission**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 8th day of October, 2020 the foregoing document is being served via transmission of a Notice of Electronic Filing generated by CM/ECF on all counsel of record.

*/s/ F. Jerome Tapley*
F. Jerome Tapley, Esq.
*Counsel for Plaintiff*