# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| JASON COMPTON, and all others similarly situated, | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) )   Case No. 1:19-cv-00033-MW-GRJ |
| GENERAL MOTORS LLC, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jason Compton ("Plaintiff") and Defendant General Motors LLC ("GM"), by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's individual claims and this action against GM are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**SO STIPULATED.**

Dated: November 4, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ F. Jerome Tapley | /s/ Kathleen Taylor Sooy * |
| F. Jerome Tapley | Kathleen Taylor Sooy (*pro hac vice*) |
| Florida Bar No. 0022066 | Tracy A. Roman (*pro hac vice*) |
| Hirlye R. "Ryan" Lutz, III | Andrew G. Pruitt (*pro hac vice*) |
| (*pro hac vice*) | **CROWELL & MORING LLP** |
| Adam W. Pittman | 1001 Pennsylvania Avenue NW |
| (*pro hac vice*) | Washington, DC 20004 |

**CORY WATSON, P.C.**
2131 Magnolia Avenue South
Birmingham, Alabama 35205
Tel: (205) 328-2200
Fax: (205) 324-7896
*jtapley@corywatson.com*
*rlutz@corywatson.com*
*apittman@corywatson.com*

James C. Wyly (*pro hac vice*)
Sean F. Rommel (*pro hac vice*)
**WYLY~ROMMEL, PLLC**
4004 Texas Boulevard
Texarkana, Texas 75503
Tel.:   (903) 334-8646
Fax:   (903) 334-8645
*jwyly@wylyrommel.com*
*srommel@wylyrommel.com*

Clay Barnett (*pro hac vice*)
J. Mitch Williams (*pro hac vice*)
**BEASLEY ALLEN**
4200 Northside Pkwy NW
Building One, Suite 100
Atlanta, GA 30327
Tel.:   (334) 269-2343
Fax:   (855) 674-1818
*clay.barnett@beasleyallen.com*
*mitch.williams@beasleyallen.com*

Jeffrey A. Koncius (*pro hac vice*)
Melanie M. Palmer (*pro hac vice*)
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel.:   (310) 854-4444
Fax:   (310) 854-0812
*koncius@kiesel.law*
*palmer@kiesel.law*

Tel.: (202) 624-2500
Fax: (202) 628-5611
*ksooy@crowell.com*
*troman@crowell.com*
*apruitt@crowell.com*

Ginger Barry Boyd, Esq.
Florida Bar Number 0294550
**NELSON MULLINS BROAD AND CASSEL**
215 South Monroe Street
Suite 400
Tallahassee, Florida 32301
Tel.: (850) 205-3356
Fax: (850) 521-1472
*ginger.boyd@nelsonmullins.com*

*Counsel for General Motors LLC*
**\*with permission**

2

Michael J. Flannery (*pro hac vice*)
**CUNEO GILBERT & LADUCA LLP**
7733 Forsyth Boulevard, Suite 1675
Saint Louis, MO 63105
Tel.:   (202) 789-3960
*mflannery@cuneolaw.com*

Ryan F. Stephan (*pro hac vice*)
Andrew C. Ficzko (*pro hac vice*)
**STEPHAN ZOURAS LLP**
100 N Riverside Plaza, Suite 2150
Chicago, IL 60606
Tel.:   (312) 233-1550
Fax:   (312) 233-1560
*rstephan@stephanzouras.com*
*aficzko@stephanzouras.com*


*Attorneys for Plaintiff Jason Compton*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system. I further certify that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ F. Jerome Tapley*
F. Jerome Tapley
