IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON COMPTON, and all others
similarly situated,

    Plaintiff,

v.                                      Case No. 1:19-cv-33-AW-GRJ

GENERAL MOTORS LLC,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of voluntary dismissal with prejudice. ECF No. 112. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on November 5, 2020.

                                              s/ *Allen Winsor*
                                              United States District Judge